IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BURDETTE LOWE,

    Plaintiff,

  v.

DELTA AIRLINES, INC.,

    Defendant.

CIVIL ACTION FILE
NO. 1:16-CV-3717-TWT

**ORDER**

    This is a pro se employment discrimination action under the Americans With Disabilities Act. It is before the Court on the Report and Recommendation [Doc. 33] of the Magistrate Judge recommending that the Plaintiff's Amended Complaint be dismissed for failure to state a claim. None of the Plaintiff's Objections to the Report and Recommendation show that the Plaintiff has alleged facts showing a plausible claim for relief under the Americans With Disabilities Act. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED for the reasons set forth in the thorough and well-reasoned Report and Recommendation.

SO ORDERED, this 12 day of July, 2017.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge